UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00518

CAROL HAZEL,

       Plaintiff,

v.

CALDWELL COUNTY SCHOOLS,
CALDWELL BOARD OF EDUCATION,

       Defendants.

**ORDER**

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss (Doc. No. 7).

Plaintiff filed her initial Complaint on June 29, 2017, in Mecklenburg County Superior Court. On August 28, 2017, Defendant removed the matter to this Court and subsequently filed a Motion to Dismiss. Plaintiff timely filed an Amended Complaint in accordance with Fed. R. Civ. P. Rule 15 on October 26, 2017. Defendant's Motion to Dismiss has been rendered moot by Plaintiff's Amended Complaint.

**THEREFORE** Defendant's Motion to Dismiss is hereby **DISMISSED WITHOUT PREJUDICE**. As previously ordered, Defendant shall answer or otherwise respond to the Amended Complaint on or before November 23, 2017.

  **SO ORDERED.**

Signed: November 7, 2017

Graham C. Mullen
United States District Judge