# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

# CERTIFICATION OF ADR SESSION

**CAROL HAZEL,**

    **PLAINTIFF,**

**v.**                         **CASE NO: 3:17-CV-00518-GCM**

**CALDWELL COUNTY BOARD OF EDUCATION,**

    **DEFENDANT.**

    I hereby certify that the parties have held an Alternate Dispute Resolution session on February 13, 2019 and continued through April 23, 2019.

    The ADR session was:

      __X__ Mediation Session
      _____ Early Neutral Evaluation Session
      _____ Settlement Offer
      _____ Other (Describe type of session.) _____

    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

      __X__ All individual parties and their counsel
      __X__ Designated corporate representatives
      __X__ Required claims professionals
      _____ Other:

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____
_____
_____
_____

The outcome of the ADR session was:

__X**__ **The case has been completely settled.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement. (** **The parties on April 23, 2019 reported the case as being settled prior to a continued mediation conference being scheduled.**)

____ **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

____ **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

____Kenneth P. Carlson, Jr.____     04/30/2019
Name of Mediator     Date

**s/Kenneth P. Carlson, Jr.**
Signature of Mediator